IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

    Plaintiff,

  v.

MID-CENTURY INSURANCE
COMPANY,

    Defendant.

No. C 13-05800 WHA

**ORDER APPROVING
STIPULATED DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to dismiss the above-captioned action and have proposed an order to that extent (Dkt. No. 24). Although no such order is needed under Rule 41(a)(1)(A)(ii), the stipulation is hereby **APPROVED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 4, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE